IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

2007 SEP 27 PM 4:09

CLARENCE
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

UNITED STATES EQUAL EMPLOYMENT )
OPPORTUNITY COMMISSION, )
 )
 Plaintiff, )
 )
v. )
 )
NORDSTROM, INC., )
 )
 Defendant. )
_____ )

CIVIL ACTION NO.
**07-80894
CIV-RYSKAMP**

**COMPLAINT**   MAGISTRATE JUDGE
                VITUNAC
JURY TRIAL DEMANDED
INJUNCTIVE RELIEF SOUGHT

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of national origin, race, color, and retaliation, and to provide appropriate relief to Gloria Pimental ("Pimental") and other similarly situated individuals who were adversely affected by such practices. As stated with greater particularity in paragraphs below, the Commission alleges that Pimental and other similarly situated individuals were subjected to harassment based on national origin, race, and color which included, but was not limited to offensive racial and national origin-based derogatory comments which created an unlawful hostile work environment.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

1

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Florida, West Palm Beach Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Nordstrom, Inc. ("Defendant") has continuously been a foreign corporation doing business in the State of Florida has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Pimental filed a charge with the Commission alleging violations of Title VII by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least January of 2005, Defendant has engaged in unlawful employment practices at its locations in Wellington, Florida and Palm Beach Gardens, Florida in violation of Section 703(a) of Title VII, 42 U.S.C. §2000e-2(a), as follows:

a. Defendant's manager subjected Pimental, and those similarly situated, to unwelcome harassment on the basis of national origin (Hispanic), which was sufficiently severe and pervasive to constitute an intimidating, hostile and offensive work environment.

b. The offensive conduct based on national origin included, but was not limited to, national origin-based slurs and derogatory comments, such as the manager's statements that she "hates Hispanics," that Hispanics are "lazy," and that Hispanics are "ignorant."

c. Pimental and others complained to Defendant's management regarding the unlawful harassment based on national origin (Hispanic). Defendant's management failed to take prompt measures to stop the harassment and prevent further harassment.

d. The harassment based on national origin was perpetrated by management and culminated in tangible job detriment to Pimental and others similarly situated including but not limited to termination and constructive discharge.

e. Defendant's manager subjected other similarly situated individuals to unwelcome harassment on the basis of race (Black) and color (Black), which was sufficiently severe and pervasive to constitute an intimidating, hostile and offensive work environment.

f. The offensive conduct based on race and color included, but was not limited to derogatory comments, such as the manager stating "I don't like Blacks" and

3

stating "you're Black, you stink."

g.  The similarly situated individuals who were subjected to harassment because of race and color complained to Defendant's management regarding the unlawful harassment. Defendant's management failed to take prompt measures to stop the harassment and prevent further harassment.

h.  The harassment based on national origin was perpetrated by management and culminated in tangible job detriment to those similarly situated including but not limited to constructive discharge.

i.  Pimental and others similarly situated were retaliated against because they engaged in protected activity. The retaliation included, but was not limited to, increased hostility/harassment, false accusations of performance problems, constructive discharge, and termination.

8.  The effect of the conduct complained of in paragraph seven (7) above has been to deprive Pimental and other similarly situated individuals of equal employment opportunities and otherwise adversely affect their status as employees because of national origin (Hispanic), race (Black), color (Black), and retaliation.

9.  The unlawful employment practices complained of in paragraph seven (7) above were intentional.

10.  The unlawful employment practices complained of in paragraph seven (7) above were done with malice or with reckless indifference to the federally protected rights of Pimental and other similarly situated individuals.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with Defendant, from engaging in harassment because of national origin, race, and/or color and any other employment practice which discriminates on the basis of race, national origin and/or color.

B.   Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with Defendant, from engaging in retaliation.

C.   Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees regardless of national origin, race and/or color, and which eradicate the effects of its past unlawful employment practices.

C.   Order Defendant to make whole Pimental and those similarly situated individuals by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph seven (7) above, including emotional pain, suffering, inconvenience, humiliation, and loss of enjoyment of life, in amounts to be determined at trial.

D.   Order Defendant to pay Pimental and those similarly situated individuals punitive damages for its malicious and reckless conduct described in paragraph seven (7) above, in amounts to be determined at trial.

E.   Grant such further relief as the Court deems necessary and proper in the public interest.

F.   Award the Commission its costs in this action.

5

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

    Respectfully Submitted,

    RONALD S. COOPER
    General Counsel

    JAMES L. LEE
    Deputy General Counsel

    GWENDOLYN YOUNG REAMS
    Associate General Counsel

    NORA E. CURTIN
    Regional Attorney

    _____
    MARIA KATE BOEHRINGER
    Florida Bar No. 0041157
    UNITED STATES EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
    Miami District Office
    One Biscayne Tower, Suite 2700
    Two Biscayne Boulevard
    Miami, Florida 33131
    Phone: (305) 808-1790
    Fax: (305) 808-1835
    E-mail: maria.boehringer@eeoc.gov

    COUNSEL FOR PLAINTIFF

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**DEFENDANTS**
NORDSTROM, INC

07-80894 CIV-RYSKAMP

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) (305) 808-1790
Maria Kate Boehringer, EEOC
2 S. Biscayne Blvd., Ste. 2700
Miami, FL 33131

Attorneys (If Known)

MAGISTRATE JUDGE
VITUNAC

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

WPB-07-80894-CV-RYSKAMP-VITUNAC

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):
a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE _____    DOCKET NUMBER _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Title VII of the Civil Rights Act of 1964, as amended (employment discrimination)
LENGTH OF TRIAL via 7-10 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE September 27, 2007

**FOR OFFICE USE ONLY**
AMOUNT _____   RECEIPT # _____   IFP _____
FEE WAIVED